
| | |
|---|---|
| 1 | 2 |

Allen C. Massey - 172024
Antonia G. Darling - 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
Tel. (916) 930-2100  Fax (916) 930-2099

Attorneys for August B. Landis,
  Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case no. 10-26658-A-7

Sangeeta Samy,                            MC no. UST-1

                Debtor.            No hearing requested
_____/

### MOTION OF U.S. TRUSTEE TO REOPEN CASE

The U.S. Trustee requests the Court reopen this case, pursuant to 11 U.S.C. § 350(b) and Bankruptcy Rule 5010, based on the following:

1. This case was originated on March 18, 2010, when Debtor's Voluntary Petition, Schedules, and Statement of Financial Affairs ("SOFA") were filed (Docket #1).

2. Hank Spacone was appointed chapter 7 trustee (Docket #2).

3. The case determined to be a no-asset case on May 1, 2010 (Docket entry of the same date).

4. The case was closed on November 16, 2010 (Docket #16).

5. Debtor's SOFA #15 stated Debtor had previously resided at 1805 Matisse Ct., Modesto, CA 95355, from March 2002 to May 2009, while using the name Sangeeta Kumar.

6. Debtor's Schedule A stated she had no interest in any real estate.

7. Debtor's SOFA #16 stated Debtor was married to Lawrence Samy.

8. According to a certified copy of a Grant Deed recorded at the Stanislaus County Recorder, Debtor granted to her husband, Lawrence Ravindra Samy, Modesto real property described therein on April 5, 2010, approximately 3 weeks after filing her bankruptcy petition (Exhibits, pages 2-4).

9. According to a certified copy of a Grant Deed recorded at the Stanislaus County

Recorder, Debtor's husband granted to Seema Sangeeta Kumar the same property described in the Grant Deed of April 5, 2010, on July 7, 2010 (Exhibits, pages 5-6). As noted above, Debtor has gone by the name of Sangeeta Kumar.

10. The above suggests Debtor may have had an undisclosed interest in real property when she filed her bankruptcy case. She appears to have transferred her interest post-petition and may have been returned that same interest post-petition. As such, there may be an unscheduled asset to administer which would require the appointment of a trustee to protect the interests of creditors and to insure efficient administration of the case.

WHEREFORE, the Court is requested to enter an order reopening this case and directing the appointment of a trustee.

Respectfully submitted,

Dated: October 6, 2011

/s/ Allen C. Massey
Attorney for August B. Landis,
Acting United States Trustee
al.c.massey@usdoj.gov