FILED
October 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003816563

6
Allen C. Massey - 172024
Antonia G. Darling - 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
Tel. (916) 930-2100  Fax (916) 930-2099

Attorneys for August B. Landis,
  Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case no. 10-26658-A-7 |
| Sangeeta Samy, | MC no. UST-1 |
| Debtor. / | No hearing requested |

**EXHIBITS
TO MOTION OF U.S. TRUSTEE TO REOPEN CASE**

| Pages | Description |
|---|---|
| 2-4 | Certified copy of Grant Deed dated April 5, 2010, and recorded April 13, 2010 |
| 5-6 | Certified copy of Grant Deed dated July 7, 2010, and recorded July 8, 2010 |

Dated: October 6, 2011

/s/ Allen C. Massey
Attorney for August B. Landis,
Acting United States Trustee
al.c.massey@usdoj.gov

Exhibits, Page 1

2

RECORDING REQUESTED BY:
Stewart Title of California

Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
DOC- 2010-0032974-00
Acct 402-Counter Customers
Tuesday, APR 13, 2010 10:19:49
Ttl Pd $17.00    Nbr-0002877992
                 MLC/R2/1-2

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO:
Lawrence Ravindra Samy
1805 Matisse Court
Modesto, California 95355

ORDER NO.   1362-
ESCROW NO.  4473-266689

Space above this line for recorder's use

# GRANT DEED

APN.: 085-034-07

THE UNDERSIGNED GRANTOR(s) DECLARE(s):
DOCUMENTARY TRANSFER TAX is  $ "0" – Intra-Spousal Transfer*     City TAX $_____
Monument Preservation Fee is   $_____   XX REALTY NOT SOLD.
☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale.
☐ Unincorporated area:    ☒ City of Modesto, and
FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Sangeeta Samy, , a married woman, spouse of the grantee herein,

**Hereby GRANT(S) to** Lawrence Ravindra Samy, , a married man as his sole and separate property,

the following described real property in the City of Modesto, County of Stanislaus, State of California

LEGAL DESCRIPTION SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

"It is the express intent of the Grantor, being the spouse of the grantee, to convey all right, title and interest of the Grantor, community or otherwise, in and to the herein described property to the grantee as his/her sole and separate property."

*"This conveyance establishes sole and separate property of a spouse, R & T 11911."
See "Exhibit A" attached hereto

DATE: April 5, 2010
STATE OF CALIFORNIA
COUNTY OF Yolo

On April 7, 2010 _____ before me,
Debra R. Prentice _____ a Notary Public,
personally appeared Sangeeta Samy , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____

/s/ Sangeeta Samy

DEBRA R. PRENTICE
COMM. #1691224
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES SEPT. 30, 2010

(Seal)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Exhibits, Page 2

**Exhibit A**
**LEGAL DESCRIPTION**

File Number: 266689

Lot 3 in Block 11016, as shown on the Map entitled "The Renaissance" filed June 22, 2001, in Book 39 of Maps, at Page 74, Stanislaus County Records.

APN: 085-034-070

I CERTIFY THIS IN-
STRUMENT TO BE A
TRUE CERTIFIED COPY
OF THE RECORD IN
THIS OFFICE.
ATTEST:
SEP 26 2011

STANISLAUS COUNTY, CALIF.
LEE LUNDRIGAN
REGISTRAR/ CLERK-RECORDER

BY: *signature*
Deputy


Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
DOC- 2010-0059580-00
Acct 402-Counter Customers
Thursday, JUL 08, 2010 12:52:46
Ttl Pd $14.00    Nbr-0002916595
OGM/R2/1-1

**RECORDING REQUESTED BY:**
Lawrence Ravindra Samy
**When Recorded Mail Document and Tax Statement To:**
Seema Sangeeta Kumar,
1805 Matisse Ct.
Modesto, California 95355

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 085 034 070 000     **GRANT DEED**

**The undersigned grantor(s) declare(s)**
Documentary transfer tax is $ -0-  City tax $ -0-
[ X ] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or
   encumbrances remaining at time of sale,
[ X ] Unincorporated Area, ( )City of      , Stanislaus County,California.

**FOR A VALUABLE CONSIDERATION,** receipt of which is hereby acknowledged,
   **Lawrence Ravindra Samy**
**GRANT(S) to: Seema Sangeeta Kumar a married woman as her sole & separate property.**

The following described real property in the County of Stanislaus State of California
Lot 3 in Block 11016, as shown on Map entitled " The Renaissance" filed June 22nd,2001, in Book 39 of Maps, at Page 74, Stanislaus County Records.

Lawrence Ravindra Samy

Dated: July 7th, 2010$^h$

**STATE OF CALIFORNIA**
**COUNTY OF STANISLAUS**
On this 7th day of July, 2010 before me, Esther Guerra **a notary** personally appeared
**Lawrence Ravindra Samy** who proved to me on the basis of satisfactory evidence
to be the person(s)whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/ they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s)on the instrument
the person(s), or the entity upon behalf of which the person(s) acted the instrument
   I certify under **PENALTY OF PERJURY** under the laws of the
State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature_____(seal)
                                notary

ESTHER GUERRA
Commission # 1741244
Notary Public - California
Stanislaus County
My Comm. Expires Apr 23, 2011

I CERTIFY THIS IN-
STRUMENT TO BE A
TRUE CERTIFIED COPY
OF THE RECORD IN
THIS OFFICE.
ATTEST:

SEP 2 6 2011

STANISLAUS COUNTY, CALIF.
LEE LUNDRIGAN
REGISTRAR/CLERK-RECORDER

BY: _____
Deputy
Leticia De Anda